| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | MAY 22 2023 |
| | | MOLLY C. DWYER, CLERK U.S. COURT OF APPEALS |

PORFIRIO CHAVEZ-GONZALEZ,

    Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

    Respondent.

No. 22-1679

Agency No. A059-998-983

ORDER

The Court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and records and the decisional process would not be significantly aided by oral argument.

Therefore, this case is ordered submitted without oral argument on June 13, 2023, at Portland, Oregon.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT